**Douglas PATTERSON, Plaintiff— Appellant,**

v.

**Janet NAPOLITANO, in her official capacity as Secretary of the United States Department of Homeland Security; United States Department of Homeland Security; Alan Bersin, in his official capacity as Commissioner of the United States Customs and Border Protection, Defendants—Appellees.**

No. 12–1448.

United States Court of Appeals, Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 23, 2012.

Douglas Patterson, Appellant Pro Se. Matthew Fesak, Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Patterson appeals the district court's order dismissing without prejudice his employment discrimination complaint under Fed.R.Civ.P. 12(b)(5) for insufficient service of process. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Patterson v. Napolitano,* No. 5:11–cv–00123–BO (E.D.N.C. Mar. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*